81,307-01

Dear: Mr. Abel Acosta

Will you please send me docket sheet.
Thank you Mr. Acosta.

Sincerely an innocent
Man.
Michael Joseph Stray
4-3-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

# Court of Criminal Appeal of Texas

Applicant:

Michael Joseph Gray

vs.

The State:
Steve Cowan

Tr. Ct No. # W-10,880 CR-1
No. # WR-81,307-01

Motion for Discovery on the supplemental clerk's record including the findings of fact, the State sent the Court of Criminal Appeals.

Applicant is requesting a copy of the supplemental clerk's record, and a copy of the findings of fact the Court of Criminal Appeals received from the State (Morris County) on 3-16-2015. Thank you.

Sincerely,
Michael Joseph Gray
4-3-2015